﻿Citation Nr: AXXXXXXXX
Decision Date: 08/29/19 Archive Date: 08/28/19

DOCKET NO. 181015-13926
DATE: August 29, 2019

REMANDED

Entitlement to a total disability rating based on individual unemployability (TDIU) is remanded.

REASONS FOR REMAND

The Veteran served in the U.S. Army from November 1966 to October 1971. The Veteran declined a hearing in this case. 

1. Entitlement to TDIU is remanded 

The Veteran is currently service connected for posttraumatic stress disorder (PTSD) rated as 50 percent disabling, and tinnitus rated as 10 percent disabling; his combined disability rating at this time is 60 percent such that he does not currently meet the schedular criteria for a TDIU. However, the Veteran alleges that he is unable to secure and follow a substantially gainful employment due to his service-connected posttraumatic stress disorder (PTSD) and tinnitus. It is the established policy of VA that all Veterans who are unable to secure and follow a substantially gainful occupation by reason of service-connected disabilities shall be rated totally disabled. 

The record reflects that the Veteran’s most recent employment as a school bus driver was terminated because he was unable to maintain his commercial driver’s license due to his medications. Additionally, the Veteran has reported that he experiences vertigo. The VA examinations of record do not reflect consideration of whether or not any medications for PTSD led to the termination of his employment or whether the Veteran’s vertigo is a symptom of any of his service-connected disabilities, and if so, how it affects his ability to secure and maintain a substantially gainful occupation. VA adjudicators must assess the side effects of medications taken for service connected disabilities when considering TDIU claims. See Mingo v. Derwinski, 2 Vet. App. 51 (1992). The Board herein remands the appeal to obtain an adequate examination opinion. Barr v. Nicholson, 21 Vet. App. 303 (2007).

The matter is REMANDED for the following action:

(Continued on the next page)

 

Schedule the Veteran for an examination by an appropriate clinician regarding the current severity of his PTSD and tinnitus, to include any vertigo symptoms resulting from either disability and the effects of any medication for those disabilities. The examiner should elicit from the Veteran his complete educational, vocational, and employment history and should note his complaints regarding the impact of his disabilities on employment. The examiner’s attention is drawn to a January 2018 VA 21-4192 indicating that the Veteran was unable to maintain his commercial driver’s license due to medication as well as the Veteran’s concerns regarding his symptoms. The examiner should identify all limitations or functional impairment caused solely by the service-connected disabilities.

 

JEBBY RASPUTNIS

Acting Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board A. Caruso, Associate Counsel 

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential, and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.